DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT RAMSAY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0124

[October 30, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Hon. Darren Steele, Judge; L.T. Case No. 432015CF001139A.

Daniel Eisinger, Public Defender, and Devin Johnson, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Pablo Tapia, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***